Certificate Number: 05781-WAW-DE-041649087

Bankruptcy Case Number: 26-13160

05781-WAW-DE-041649087

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 6, 2026, at 2:19 o'clock PM PST, Therese Del Rosario completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Washington.

Date: November 6, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President